UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA COHEN-CHANEY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:10-cv-400-JMS-TAB |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| Defendant. ) | |
| ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 6, 2012, the Magistrate Judge submitted his Report and Recommendation on Defendant's motion for summary judgment. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. No objection was filed, and the time for doing so has now passed.

The Court, having considered the Magistrate Judge's Report, approves and adopts the Magistrate Judge's Report and Recommendation in full pursuant to 18 U.S.C. §636(b)(1). Accordingly, Defendant's motion for summary judgment [Docket No. 47] is **GRANTED**, and this case is dismissed with prejudice. Judgment shall issue consistent with this entry.

Dated: 01/24/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies via ecf to:

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Valerie E. Manos
MORGAN LEWIS & BOCKIUS, LLP
vmanos@morganlewis.com

Michelle R. Maslowski
FROST BROWN TODD LLC
mmaslowski@fbtlaw.com

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com